IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00893-CMA-CBS

HEIDI HEDRICK,

    Plaintiff,

v.

JOHNSON & JOHNSON,
ORTHO-McNEIL PHARMACEUTICAL, INC., and
JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH
   AND DEVELOPMENT, LLC,

    Defendants.

## ORDER TO STAY PROCEEDINGS

Having considered Defendants' Unopposed Motion To Stay Proceedings Pending Transfer Order of the Judicial Panel On Multidistrict Litigation (Doc. # 14), the Court hereby

ORDERS that the above-captioned proceedings are STAYED pending transfer to the multidistrict litigation court in the United States District Court for the District of Minnesota, pursuant to the ruling of the Judicial Panel on Multidistrict Litigation.

    DATED: August __13__, 2010

                                       BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge